IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                                    )
       v.                        )   CASE NO. 2:12-CR-32-WKW
                                      )               [WO]
TERRY DON NORTHCUTT         )

## **ORDER**

Upon consideration of Defendant's pro se motion for reconsideration (Doc. # 110), it is ORDERED that the Government shall file a response to the motion on or before **September 11, 2020.**

DONE this 21st day of August, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE