IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-CR-32-WKW |
| | ) | [WO] |
| TERRY DON NORTHCUTT | ) | |

## **ORDER**

Upon consideration of Defendant's *pro se* motion for reconsideration (Doc. # 110) and the Government's response (Doc. # 112), it is ORDERED that the motion for reconsideration is DENIED.

DONE this 20th day of November, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE